Lyman R. Bradley, Appellant, *v.* New York University, Respondent.

Submitted July 14, 1954; decided July 14, 1954.

Motion for reargument denied, with $10 costs. [See 307 N. Y. 620.]